ACCEPTED
14-14-00787-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 11:55:21 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 14-14-00787-CV

IN THE FOURTEENTH COURT OF APPEALS

HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 11:55:21 PM
CHRISTOPHER A. PRINE
Clerk

SARITA GARG, SMITH & GARG, LLC AND GARG & ASSOCIATES, P.C,
APPELLANTS

VS.

STEVEN TUAN PHAM,
APPELLEE

**APPELLEE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE
AMENDED APPELLEE'S BRIEF**

MAY IT PLEASE THE COURT:

COMES NOW, APPELLEE, Tuan M. Pham (Aka Steven Tuan Pham) Files this, Motion for Extension of Time to File APPELLEE's Brief, and in support of his motion, APPELLEE will respectfully show the Court as follows:

**I**
**FACTS AND ARGUMENTS**

1.      On August 25, 2014, after rehearing APPELLANT's Motion to Compel Mediation and Arbitration on submission, the District Court, again, denied APPELLANNTS' Motion to Compel Mediation and Arbitration and Stay All Claims of APPELLEE.

2.      On September 30, APPELLANTS filed their Notice of Interlocutory Appeal.

3.      On October 1, 2014, this case begins in the Court of Appeals.

4.      On October 15, 2014, the Clerk's Record was filed in this court, as directed by APPELLANTS to the court's clerk.  However, the record filed lacks essential documents that are

1

essential to APPELLEE's brief in establishing that APPELLANTS waived their rights to arbitration, as well as to show that the arbitration clause was part of APPELLANTS' fraudulent scheme to defraud APPELLEE, and thus it would be substantively unconscionable to enforce such arbitration agreement. *See APPELLEE's First Motion for Extension of Time to File Amended Brief.*

5.     On or about March 26, 2015, the Court Granted APPELLEE's First Motion for Extension of Time to File Amended Brief until May 4, 2015.

6.     APPELLEE motions the court to extend the due date to file APPELLEE's AMENDED BRIEF for at least 20 days so that APPELLEE will have sufficient time to request correction of the Clerk's Record from the trial court and to prepare APPELLEE's brief.

7.     Despite APPELLEE's diligent effort in reviewing documents to request the Court Clerk to supplement the record, the documents are voluminous and APPELLEE has not has sufficient time to go through each filing to determine which document should be supplemented to the Clerk's Record.  APPELLEE is a solo-practitioner and has had to rely on his own effort to perform the tasks stated hereinabove.

8.     APPELLEE's motion for extension of time to file APPELLEE's brief is not a delay tactic; but rather, so that justice may be served.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, APPELLEE, STEVEN TUAN PHAM, respectfully requests the Court grant APPELLEE's Second Motion for Extension of Time to File APPELLEE's Amended Brief for at least 20 days, and for such other and further relief to which APPEALLEE may show just entitlement, whether at law or in equity.

2

Respectfully submitted,

**LAW OFFICES OF STEVEN TUAN PHAM**


2500 Wilcrest Dr., Ste. 300
Houston, Texas 77042
Tel. (713) 517-6645
Fax. (888) 824-8539
Email: stevenphamesq@yahoo.com


By: /S/ Tuan (Steven) M. Pham
Tuan (Steven) M. Pham,
PRO SE APPELLEE,
TUAN M. PHAM

# SWORN VERIFICATION

**STATE OF TEXAS** §

**COUNTY OF HARRIS** §

Before me, on this day, <u>May 4, 2015</u>, the undersigned Notary Public, personally appeared, **TUAN MINH PHAM,** being over the age of 18, who, after being duly sworn, stated under oath, affirmed that the information stated in APPELLEE's Motion for Extension of Time to File APPELLEE's Brief are within his personal knowledge and are true and correct.

<br>

_____
TUAN M PHAM

AN BAO NGUYEN
Notary Public, State of Texas
My Commission Expires
July 17, 2017

_____
Notary Public

4

## CERTIFICATE OF SERVICE

I, Tuan Minh Pham, certify that a true copy of APPELLEE, Tuan M. Pham's, Second Motion For Extension of Time to File APPELLEE's Amended Brief was served on the following counsels on May 6, 2015 in accordance to the Texas Rules of Appellate Procedure.

***Via E-filing Notification to bsanchez@sanchezlawfirm.com***
Benjamin K. Sanchez
723 Main Street, Suite 515
Houston, Texas 77002
Tel. 713-780-7745
Fax. 888-201-5941
Email: bsanchez@sanchezlawfirm.com

***Via Efiling Notification to kcloves@yahoo.com***
Mr. Kevin T. Cloves
P.O. Box 571775
Houston, Texas 77257-1775
Tel. 281-728-8370
Email: kcloves@yahoo.com

By: /S/ Tuan (Steven) M. Pham
Tuan (Steven) M. Pham
Email: stevenphamesq@yahoo.com